IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LINDA AROCHA, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:19-CV-1153-LY |
| | § | |
| DOLLAR TREE STORES, INC., | § | |
| DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On January 21, 2020, the parties filed a Joint Stipulation of Dismissal with prejudice (Doc. #7), which the court has reviewed and now approves. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this _23rd_ day of January, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE